# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 29, 2018

### NO. 03-18-00182-CV

**Theresa Hodges, Appellant**

**v.**

**Avail I, LLC, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, BOURLAND
DISMISSED FOR WANT OF JURISDICTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the final judgment signed by the trial court on February 5, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.